IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

              Plaintiff,

v.

TEK NGO,

              Defendant.

ORDER

08-cv-21-bbc
03-cr-110-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Tek Ngo has filed a timely motion for reconsideration of the denial of his motion for relief pursuant to 28 U.S.C. § 2255. I will deny the motion for reconsideration because I am not persuaded that it was error to dismiss defendant's motion.

ORDER

IT IS ORDERED that defendant Tek Ngo's motion for reconsideration is DENIED.

Entered this _15th_ day of February, 2008.

BY THE COURT:

BARBARA B. CRABB
District Judge

1

Copy of this document has been provided to: Def
this___ day of___, 20__
by___
S. Vogel, Secretary to
Judge Barbara B. Crabb